IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**FRED SMITH**                                                                                                          **PLAINTIFF**

v.                                                                                         **CIVIL ACTION No. 3:16CV92-SA-SAA**

**WELLS FARGO HOME MORTGAGE**
420 Montgomery St. San Francisco, CA 94104
**BRUNINI, GRANTHAM, GROWER & HEWES,**
**PLLC 190 e. Capital St. Jackson, MS 39291**                                              **DEFENDANTS**

## ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*

Upon review of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated June 2, 2016, was on that date served via United States Mail upon plaintiff. Docket 6. More than fourteen days have elapsed since service of the Report and Recommendation, and no objection has been filed or served by the plaintiff. The court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the court.

It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated June 2, 2016, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

2. Plaintiff's Motion to Proceed In Forma Pauperis is DENIED. Plaintiff must pay the standard civil filing fee of $400.00 within fourteen (14) days from the entry of this order or his case will be dismissed.

3. Plaintiff is BARRED from filing future *in forma pauperis* actions in this court without first seeking leave to file from a district judge of this court.

SO ORDERED, this the 13th day of July, 2016.

/s/ Sharion Aycock
**U.S. DISTRICT JUDGE**