IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FRED SMITH                                                                                              PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:16-CV-92-SA-SAA

WELLS FARGO HOME MORTGAGE, and
BRUNINI, GRANTHAM, GROWER & HEWES                                            DEFENDANTS

ORDER

The Court dismissed this case without prejudice on January 4, 2017. The Plaintiff has since filed several motions: Motion to Enter Default Judgment [24], Motion to Vacate Order Dismissing Case [25]. Motion to Vacate Order Dismissing Case [26], and Motion to Amend Evidence of a Release of Mortgage/Deed of Trust [27]. Contrary to the Plaintiff's assertions, the Court denied the Plaintiff's request to proceed *in forma pauperis* for a variety of reasons, and ordered the Plaintiff to pay the filing fee for his case. *See* [6, 12]. Because the Plaintiff repeatedly refused to comply with the Court's orders, the Court dismissed his case without prejudice. The Court also barred the Plaintiff from filing future *in forma pauperis* cases without prior permission from a district judge.

Now, the Plaintiff seeks to have the dismissal of his case set aside but fails to raise any arguments relevant to the reasons his case was dismissed. Finding no grounds to set aside the dismissal of this case, the Plaintiff's Motions to Vacate [25, 26] are DENIED.

Plaintiff's Motion to Enter Default Judgment [24] is DENIED as MOOT. Plaintiff's Motion to Amend Evidence [27] is DENIED as MOOT.

This the 31st day of March, 2017.

                                                            /s/ Sharion Aycock
                                                           U.S. DISTRICT COURT JUDGE