IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FRED SMITH                                                                                              PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:16-CV-92-SA-SAA

WELLS FARGO HOME MORTGAGE, and
BRUNINI, GRANTHAM, GROWER & HEWES                                      DEFENDANTS

ORDER

Plaintiff filed a Motion to Vacate Order Dismissing Case [29] and Motion to Dismiss Defendant Brunini, Grantham, Grower & Hewes [30]. This is the third such motion filed by Plaintiff, and the Court has previously denied those motions. Plaintiff has offered no further justification for the relief sought. For the reasons stated in the Court's prior Orders, the Plaintiff's motions [29, 30] are DENIED.

SO ORDERED, this the 12th day of February, 2018.

    /s/ Sharion Aycock
UNITED STATES DISTRICT COURT JUDGE